IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JEFFREY R. BAILEY, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV413-014
 )
CAROLYN W. COLVIN, Acting )
Commissioner of Social )
Security, )
 )
    Defendant. )
_____ )

O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 17), to which objections have been filed (Doc. 19). After a careful de novo review of the record, the Court finds Defendant's objections[1] to be without merit. Accordingly, the Report and Recommendation is **ADOPTED** as the Court's opinion and the Commissioner's decision denying benefits is **AFFIRMED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of March 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] While Plaintiff filed objections to the report and recommendation, he has offered no reasons why he believes the Magistrate Judge's conclusions are in error.